UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Case No. 13CR3265-JAH |
| ) Plaintiff, ) | JUDGEMENT AND ORDER OF DISMISSAL OF JUAN GABRIEL LOPEZ-GANDARILLA |
| v. ) | |
| JUAN GABRIEL ) LOPEZ-GANDARILLA ) | |
| ) Defendant. ) | |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing,

IT IS HEREBY ORDERED that the Information in Case No. 13CR3265-JAH against defendant JUAN GABRIEL LOPEZ-GANDARILLA be dismissed without prejudice.

IT IS SO ORDERED.

DATED: September 24, 2013

_____
JOHN A. HOUSTON
United States District Judge